THE CHICAGO TITLE AND TRUST COMPANY *et al.*

*v.*

THE CITY OF CHICAGO.

*Opinion filed December 22, 1906.*

This case is controlled by the decision in *Siegel* v. *City of Chicago,* 223 Ill. 428.

APPEAL from the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

TOLMAN, REDFIELD & SEXTON, JOHN P. McGOORTY, and JOHN T. RICHARDS, for appellants.

CHARLES H. MITCHELL, and FRANK JOHNSTON, Jr., (JAMES HAMILTON LEWIS, Corporation Counsel, NATHAN G. MOORE, and WILLIAM M. PINDELL, of counsel,) for appellee.

Per CURIAM : The questions presented by the record in this case are precisely the same as those involved in *Siegel* v. *City of Chicago,* 223 Ill. 428, and the opinion in that case must control the disposition of this case. The judgment of the county court is therefore reversed.

*Judgment reversed.*

Mr. JUSTICE CARTER took no part in the decision of this case.